**Electronically Filed**
**Supreme Court**
**SCWC-20-0000053**
**14-FEB-2023**
**12:55 PM**
**Dkt. 9 ODAC**

SCWC-20-0000053

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

RYAN BENEDICTO, also known as Ryan James Benedicto,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000053; CR. NO. 1CPC-19-0000560)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge To'oto'o, in place of Eddins, J., recused)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on January 3, 2023, is hereby rejected.

DATED: Honolulu, Hawai'i, February 14, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Fa'auuga To'oto'o

